AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF RI

UNITED STATES OF AMERICA

V.

Timothy Falcon

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number: 1:07MJ93A

I, Timothy Falcon, charged in a (complaint) (petition) pending in this District with Poss. w/intent to distribute Cocaine in violation of Title 21, U.S.C., 841, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

x [signature]

*Defendant*

9-25-7

*Date*

[signature]

*Counsel for Defendant*