IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : Criminal No. 1:07-M-93A
:
TIMOTHY FALCON :

ORDER

The United States of America and the defendant request an additional 11 day continuance of the proceedings in the above-captioned matter. Pursuant to a joint request of the parties, the Court continued this case for 60 days. The parties now request an additional period of time so as to permit them to finalize a plea agreement.

Thus, it is the finding of this Court that this action should be continued for a period of 11 days for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and the defendant desire additional time to finalize the plea agreement, which would thereby render trial of this matter unnecessary.

2. Defendant has consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the

defendant in a speedy trial.

On this 19th day of November, 2007, it is ORDERED that the proceedings scheduled in the above-captioned matter are continued from November 25, 2007 through December 6, 2007; and

IT IS FURTHER ORDERED that the period from November 25, 2007 through December 6, 2007 shall be excludable in computing time under the Speedy Trial Act of 1974.

LINCOLN D. ALMOND
United States Magistrate Judge

Consented to:

KEVIN FITZGERALD
Counsel for Timothy Falcon

SANDRA R. BECKNER
Assistant U.S. Attorney