AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

UNITED STATES

v.

TIMOTHY FALCON

APPEARANCE

CASE NUMBER: 07-MJ-093-A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

dfednt, Timothy Falcon

I certify that I am admitted to practice in this court.

11/21/07
Date

Signature

DAMON M. D'AMBROSIO 3581
*Print Name* *Bar Number*

215 Broadway
*Address*

Providence RI 02903
*City* *State* *Zip Code*

401-272-3900
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.