IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr. No. CR07-147ML |
| | ) | |
| | ) | In violation of: |
| vs. | ) | 21 U.S.C. §§ 841(a)(1) & |
| | ) | (b)(1)(B); 18 U.S.C. § 2; |
| | ) | 18 U.S.C. § 922 (g)(1); |
| | ) | 18 U.S.C. § 924(c) |
| TIMOTHY FALCON | ) | |

FILED
DEC 5 2007

INDICTMENT

The Grand Jury charges that:

COUNT I

On or about September 6, 2007, in the District of Rhode Island, the defendant, TIMOTHY FALCON, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) and 18 U.S.C. § 2.

COUNT II

On or about September 6, 2007, in the District of Rhode Island, the defendant, TIMOTHY FALCON, having been previously convicted of a crime punishable by a term exceeding one year, did knowingly and intentionally possess, in and affecting commerce, two firearms, to wit, a Jennings, Model J-22, .22 caliber pistol, serial number 293009, and a Sig Sauer, Model P-220, .45 caliber

pistol, serial number G296968, in violation of 18 U.S.C. § 922(g)(1).

COUNT III

On or about September 6, 2007, in the District of Rhode Island, the defendant, TIMOTHY FALCON, in furtherance of a drug trafficking crime, did knowingly possess two firearms, to wit, a Jennings, Model J-22, .22 caliber pistol, serial number 293009, and a Sig Sauer, Model P-220, .45 caliber pistol, serial number G296968, in violation of 18 U.S.C. § 924(c).

A TRUE BILL:

REDACTED

ROBERT CLARKE CORRENTE
United States Attorney

Sandra R. Beckner
Assistant U.S. Attorney

Mary E. Rogers
Assistant U.S. Attorney
Chief, OCDETF Unit

Dated: 12-5-07