IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
)
v. ) Cr. No. 07-147ML
)
TIMOTHY FALCON )

GOVERNMENT'S MOTION FOR AN EXTENSION OF TIME

The United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Sandra R. Beckner, Assistant United States Attorney, hereby moves the Court for an extension of time in which to file a response to Defendant's motion to suppress and motion for a bill of particulars until February 14, 2008.

Defendant filed a motion to suppress and a motion for a bill of particulars on January 23, 2008. The government asks that it be granted an extension of time in which to file a response for two reasons. First, the undersigned was in trial four days last week and was unable to address the motions. Second, the government is contemplating requesting a superseding indictment from the grand jury. The government has been unable to make contact with the defense counsel. Before the government re-submits this case to the grand jury adding charges, the government requests an additional ten days to attempt to reach

defense counsel to discuss the case. Accordingly, the government moves that its motion for an extension of time be granted.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U.S. Attorney
New York Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401)709-5000
Fax (401)709-5001
sandra.beckner@usdoj.gov

CERTIFICATION

I hereby certify that on February 3, 2008, a copy of the within "Government's Motion for Extension of Time" was filed electronically and is available for viewing and downloading from the ECF system.

Electronic notification:

Mr. Damon D'Ambrosio
215 Broadway
Providence, Rhode Island 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj