IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 07-147ML |
| | ) | |
| TIMOTHY FALCON | ) | |

GOVERNMENT'S MOTION FOR A PRETRIAL CONFERENCE

Pursuant to Fed. R. Cr. P. 17.1, the government requests that the Court schedule a pretrial conference in the above-captioned case. The government asks that the defendant be present for the scheduled conference. The government also asks that the conference be scheduled prior to the due date for the government's responses to the defendant's motion to suppress and motion for a bill of particulars.

The government requests a Rule 17.1 pretrial conference to ascertain the status of the defendant's representation. The undersigned Assistant U.S. Attorney has been unable to contact the defense counsel, Mr. Damon D'Ambrosio. Moreover, the government is aware that the defendant's previous defense attorney, Mr. Kevin Fitzgerald of the Federal Defender's Office, has been unable to contact Mr. D'Ambrosio regarding this case. In addition, the defendant's family contacted Mr. Fitzgerald because they were unable to contact Mr. D'Ambrosio. The defense attorney also missed a scheduled conference with this Court on January 25, 2008.

The lack of communication is of particular concern to the government because it mailed a plea agreement to the defendant on

January 16, 2008. In this agreement, the government offered to not file an enhancement pursuant to 21 U.S.C. § 851 if the defendant returned the signed agreement no later than January 25, 2008. Given the difficulties the undersigned Assistant U.S. Attorney has had contacting defense counsel in this matter, the government cannot be confident that the defendant has had a sufficient opportunity to consider the government’s offer.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U.S. Attorney
New York Bar
U.S. Attorney’s Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401)709-5000
Fax (401)709-5001
sandra.beckner@usdoj.gov

CERTIFICATION

I hereby certify that on February 5, 2008, a copy of the within "Government's Motion for Extension of Time" was filed electronically and is available for viewing and downloading from the ECF system.

Electronic notification:

Mr. Damon D'Ambrosio
215 Broadway
Providence, Rhode Island 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj