UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | NO.: 07-0157-ML |
| | : | |
| TIMOTHY FALCON | : | |

**ADEFENDANT'S MOTION TO EXTEND TIME FOR THE FILING OF DEFENDANT'S PRE-TRIAL MOTIONS AND SUPPORTING MEMORANDA**

NOW COMES, the defendant, TIMOTHY FALCON, by and through counsel and mores this Honorable Court, for an Order, Extending and/or enlarging that period of time for the filing of the defendant's pre-trial motions from January 22, 2008 to February 8, 2008.

As grounds therefor, the undersigned counsel for the defendant states that the same were filed with this court on January 22, 2008 but docketed thereafter on January 23, 2008, and that granting of the within motion is necessary to enable the defendant to properly prepare for trial.

That no prejudice entails to the government as a result of the request for an enlargement herein. That no prior periods of enlargement or extension have been sought herein, nor barring an abject emergency are any such further requests contemplated.

WHEREFORE, for all the foregoing reasons, the defendant respectfully prays this Honorable Court to extend and/or enlarge the time for the filing of the defendant's pre-trial motions to the 8th day of February, 2008.

Defendant,
TIMOTHY FALCON,
By his Attorney,

Damon M. D'Ambrosio, Esq.
R.I. Reg. No.: 3581
215 Broadway
Providence, RI 02903
Tel: (401) 473-0728
Fax: (401) 228-7319
Email: damonmdlaw@aol.com

**CERTIFICATION OF SERVICE**

I hereby certify that on this the 8th day of February, 2008, I served a true and correct copy of the within Motion upon Sandra Becknert, Esquire (AUSA) of the Office of the United States Attorney 50 Fleet Center, Eighth Floor, Providence, RI 02903, by hand delivery.