UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | C.A. NO.: 07-0147-ML |
| | : | |
| TIMOTHY FALCON | : | |

**DEFENDANT'S MOTION TO SUPPRESS STATEMENTS OF THE ACCUSED**

NOW COMES the defendant, above-named, and moves this Honorable Court, to suppress from introduction into evidence at trial, whether directly, indirectly or otherwise, certain and all statements allegedly attributed to the accused, and offered as uttered to law enforcement personnel, on or about the 6th day of September, 2007, both prior and subsequent to and/or contemporaneous with the execution of search warrants for certain premises within the City of Pawtucket, Rhode Island on the date aforesaid.

As grounds therefor, the defendant incorporates by reference the averments of fact and statements of law as set forth in the memorandum of law filed contemporaneously herewith.

Defendant states that the time sought and required for a determination on the within motion, which the defendant estimates to be twenty (20) days, should be deemed excludable pursuant to 18 U.S.C. Section 3161 (h) (a). Such period is and should be excludable for the reasons stated above, and that the interests of justice in allowing the defendant to proffer such motion outweighs the interest of the public and the defendant in a speedy trial.

Defendant,
TIMOTHY FALCON,
By his Attorney,

Damon M. D'Ambrosio
R.I. Reg. No.: 3581
215 Broadway
Providence, RI 02903
Tel: (401) 473-0728
Fax: (401) 831-9305
Email: damonmdlaw@aol.com

**CERTIFICATION OF SERVICE**

I hereby certify that this on the 6 day of February, 2008, I served a true and correct copy of the within motion, by hand delivery, upon Sandra R. Beckner, Esquire (AUSA) of the Office of the United States Attorney, 50 Kennedy Plaza, Providence, RI 02903.