IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
FEB 13 2008
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | Cr. No. 07-147ML |
| vs. | In violation of: 21 U.S.C. §§ 841(a)(1) & (b)(1)(B); 18 U.S.C. § 2; 21 U.S.C. §§ 841(a)(1) & (b)(1)(C); 18 U.S.C. § 922 (g)(1);18 U.S.C. § 924(c) |
| TIMOTHY FALCON | |

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT I

On or about September 6, 2007, in the District of Rhode Island, the defendant, TIMOTHY FALCON, and at least one other individual, aided and abetted by each other, did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) and 18 U.S.C. § 2.

### COUNT II

On or about September 6, 2007, in the District of Rhode Island, the defendant, TIMOTHY FALCON, did knowingly and

intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

COUNT III

On or about September 6, 2007, in the District of Rhode Island, the defendant, TIMOTHY FALCON, having been previously convicted of a crime punishable by a term exceeding one year, did knowingly and intentionally possess, in and affecting commerce, two firearms, to wit, a Jennings, Model J-22, .22 caliber pistol, serial number 293009, and a Sig Sauer, Model P-220, .45 caliber pistol, serial number G296968, in violation of 18 U.S.C. § 922(g)(1).

COUNT IV

On or about September 6, 2007, in the District of Rhode Island, the defendant, TIMOTHY FALCON, did knowingly possess two firearms, to wit, a Jennings, Model J-22, .22 caliber pistol, serial number 293009, and a Sig Sauer, Model P-220, .45 caliber pistol, serial number G296968, in furtherance of the drug

trafficking crime alleged in Count II of the indictment, in violation of 18 U.S.C. § 924(c).

A TRUE BILL:

REDACTED

Grand Jury Foreperson

ROBERT CLARKE CORRENTE
United States Attorney

Sandra R. Beckner
Assistant U.S. Attorney

Stephen G. Dambruch
Assistant U.S. Attorney
Chief, OCDETF Unit

Dated: February 13, 2008