PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: [ ] INFORMATION [X] INDICTMENT [ ] COMPLAINT

Matter Sealed: [ ] Juvenile [ ] Other than Juvenile

[ ] Pre-Indictment Plea [X] Superseding [ ] Defendant Added
[ ] Indictment [ ] Charges/Counts Added
[ ] Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND
Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE
[X] U.S. Atty [ ] Other U.S. Agency
Phone No.

Name of Asst. U.S. Attorney (if assigned): SANDRA R. BECKNER

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Drug Enforcement Administration (Pawtucket PD)

[ ] person is awaiting trial in another Federal or State Court (give name of court)

[ ] this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
[ ] U.S. Atty [ ] Defense

[ ] this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)
SHOW DOCKET NO.

[X] prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under
MAG. JUDGE CASE NO. 1:07MJ93A

Place of offense: RHODE ISLAND County

CASE NO. CR 07-147ML

USA vs.

Defendant: Timothy Falcon

A

**REDACTED**

Alien
applicable)

Issue: [ ] Warrant [ ] Summons

Location Status:

Arrest Date ____________ or Date Transferred to Federal Custody ____________

[X] Currently in Federal Custody
[ ] Currently in State Custody
[ ] Writ Required
[ ] Currently on bond
[ ] Fugitive

Defense Counsel (if any): ____________

[ ] FPD [ ] CJA [ ] RET'D
[ ] Appointed on Target Letter

[X] This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 4

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | See Attachment. | | [X] Felony [ ] Misdemeanor |
| | | | [ ] Felony [ ] Misdemeanor |
| | | | [ ] Felony [ ] Misdemeanor |
| | | | [ ] Felony [ ] Misdemeanor |
| | | ESTIMATED TRIAL DAYS: 3 | [ ] Felony [ ] Misdemeanor |

ATTACHMENT TO DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

Defendant Timothy Falcon

**Count I**: 21 U.S.C. §§ 841(a)(1) and (b)(1)(B); 18 U.S.C. § 2 - Knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.
PENALTIES: 5 to 40 years imprisonment; $2,000,000 fine; at least 4 years to life supervised release; $100 mandatory special assessment.

**Count II**: 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) - Knowingly and intentionally possess with intent to distribute a substance containing a detectable amount of cocaine, a Schedule II controlled substance.
PENALTIES: 20 years imprisonment; $1,000,000 fine; supervised release up to life witha mandatory minimum term of 3 years; $100 mandatory special assessment.

**Count III**: 18 U.S.C. § 922(g)(1) - Felon in possession of firearms
PENALTIES: 10 years imprisonment; $250,000 fine; 3 years supervised release; $100 mandatory special assessment.

**Count IV**: 18 U.S.C. § 924(c) - In furtherance of a drug trafficking crime, did knowingly possess two firearms.
PENALTIES: 5 years to life imprisonment; $250,000 fine; 5 years supervised release; $100 mandatory special assessment.